# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* STACEY ROSENBERGER and KELLEY RETIG, *ET AL.*, | |
| Plaintiffs, | Case No. 1:19-CV-1311 (DNH/DJS) |
| v. | |
| STRAUSS VENTURES LLC D/B/A THE GRAND HEALTHCARE SYSTEM, *ET AL.*, | **FILED UNDER SEAL** |
| Defendants. | |

## ORDER

In as much as the United States of America has intervened in this False Claims Act *qui tam* action, it is hereby ORDERED that:

1. all documents in this action be unsealed **except** for the documents associated with the following docket entries: 8, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28, 29, 30, and 31;

2. the seal be lifted as to all matters occurring in this action after this Order is entered;

3. this case be administratively closed;

4. the United States provide a copy of this Order to the defendants; and

5. after the United States receives payment per the terms of the settlement agreement, the United States and relator shall promptly file a joint stipulation of dismissal pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

July 9, 2024

IT IS SO ORDERED:

_David N. Hurd_
U.S. District Judge

Dated: 07-09-2024