# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* STACEY ROSENBERGER and KELLEY RETIG AS CO-RELATORS; <br><br> STATE OF NEW YORK *EX REL.* STACEY ROSENBERGER and KELLEY RETIG AS CO-RELATORS, <br><br> Plaintiffs, <br><br> v. <br><br> STRAUSS VENTURES, LLC D/B/A THE GRAND HEALTHCARE SYSTEM; CENTER FOR REHABILITATION AND HEALTHCARE AT DUTCHESS LLC D/B/A THE GRAND REHABILITATION AND NURSING AT PAWLING; CLEARVIEW OPERATING CO. LLC D/B/A THE GRAND REHABILITATION AND NURSING AT QUEENS; RIVER VALLEY OPERATING ASSOCIATES LLC D/B/A THE GRAND REHABILITATION AND NURSING AT RIVER VALLEY; GRAND GREAT NECK LLC D/B/A THE GRAND REHABILITATION AND NURSING AT GREAT NECK; GRAND SOUTH POINT LLC D/B/A THE GRAND REHABILITATION AND NURSING AT SOUTH POINT; BARNWELL OPERATIONS ASSOCIATES LLC D/B/A THE GRAND REHABILITATION AND NURSING AT BARNWELL; GUILDERLAND OPERATOR LLC D/B/A THE GRAND REHABILITATION AND NURSING AT GUILDERLAND; GRAND MOHAWK VALLEY LLC D/B/A THE GRAND REHABILITATION AND NURSING AT | Civil Action No. 1:19-CV-1311 (DNH/DJS) <br><br> ORDER OF PARTIAL DISMISSAL |

1

| | |
|---|---|
| **MOHAWK VALLEY; GRAND BATAVIA LLC D/B/A THE GRAND REHABILITATION AND NURSING AT BATAVIA; CHITTENANGO CENTER LLC D/B/A THE GRAND REHABILITATION AND NURSING AT CHITTENANGO; ROME CENTER LLC D/B/A THE GRAND REHABILITATION AND NURSING AT ROME; HERITAGE OPERATING ASSOCIATES, LLC D/B/A THE GRAND REHABILITATION AND NURSING AT UTICA,** | § § § § § § § § § § § § § § |
| **Defendants.** | § |

### ORDER OF PARTIAL DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the New York False Claims Act, N.Y. Fin. Law § 187 *et seq.*, and upon consideration of the *Notice of Partial Voluntary Dismissal* filed by Relators Stacey Rosenberger and Kelley Retig,

IT IS HEREBY ORDERED that

(1) All of Relators' claims under the New York False Claims Act, N.Y. Fin. Law § 187 *et seq.* shall be dismissed with prejudice as to Relators and without prejudice as to State of New York;

(2) Nothing herein shall be deemed as a dismissal of any claims Relators have filed on behalf of the United States under 31 U.S.C. § 3729 *et seq.*;

(3) Nothing herein shall be deemed as a dismissal of Relators' rights to pursue their claims for reasonable attorneys' fees, costs and expenses under the federal False Claims Act.

IT IS SO ORDERED:

*David N. Hurd*
David N. Hurd
U.S. District Judge

Dated: 07-11-2024

2